# WESTRICK & MCDOWALL-NIX, P.L.L.P.
ATTORNEYS AT LAW

450 Degree of Honor Building
325 Cedar Street
St. Paul, MN 55101
651-292-9603
FAX: 651-292-9583

January 18, 2008

The Honorable Judge John R. Tunheim
Judge of United States District Court
13E U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota  55415

    Re:    United States v. Vivian Wright,
            Criminal No. 0:07-cr-00104 JRT-AJB,
            and
            United States v. Vivian Wright,
            Criminal No. 0:08-mj-00002-AJB

Dear Judge Tunheim:

      This firm has been retained to represent Defendant, Ms. Wright, in both of the above-entitled matters.  Enclosed herein please find a courtesy copy of our Substitution of Counsel.  If you have need of any additional information, please do not hesitate to contact me.

                      Very truly yours,

                      WESTRICK & McDOWALL-NIX, PLLP


                      **S/John Westrick**
                      John G. Westrick

JGW/mr

Enclosures

cc:    Mr. Andrew Winter, Esq., Assistant U.S. Attorney
       Mr. Richard Kyle, Esq. (Appointed Counsel)
       Ms. Katherian D. Roe, Esq. (Office Federal Public Defender)