**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VIVIAN LOUISE WRIGHT,<br><br>　　　　　Defendant. | Criminal No. 07-104 (1) (JRT/AJB)<br><br><br>**ORDER** |

Andrew R. Winter, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

John G. Westrick, **WESTRICK & MCDOWALL-NIX, PLLP**, 325 Cedar Street, Suite 450, St. Paul, MN 55101, for defendant.

This matter is before the Court on defendant's motion for release from custody. The request is for a temporary presentence furlough, so the defendant may be permitted to put her affairs in order prior to sentencing. However, while on pretrial release, defendant continued to sell drugs in Hennepin County and was arrested on December 31, 2007. Given defendant's past criminal history and this recent violation of pretrial release the Court will deny defendant's motion for release prior to sentencing.

Based upon all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that defendant's motion for release [Docket No. 88] is **DENIED**.

DATED: June 9, 2008
at Minneapolis, Minnesota.

　　　　　　　　　　　　　　　　　　　　　　　　_____s/ John R. Tunheim_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge